FILED
SUPERIOR COURT
OF GUAM

2022 JAN 18 PM 2:41

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

TAKAKO B. GUTHRIE AND JOSEPH A. GUTHRIE ET AL,

Petitioners/Plaintiffs,

v.

BOARD OF TRUSTEES OF THE GOVERNMENT OF GUAM RETIREMENT FUND,

Respondents/Defendants.

SPECIAL PROCEEDINGS NO. SP0094-20

AMENDED DECISION AND ORDER RE: MOTION TO QUASH DISCOVERY

This matter came before the court upon the Government of Guam Retirement Fund motion to Quash discovery served on behalf of Petitioners/Plaintiffs Takako B. Guthrie and Joseph A. Guthrie. The Court entered the decision and order in this matter prematurely because the court interpreted the Motion filed by GGRF as an ex-parte hearing. The notice of Motion states:

Please Take Notice that on October 19, 2021 or as soon thereafter that the matter may be heard, at the Guam Judicial Center, San Ramon Hagatna, Respondent/Defendant Government of Guam Retirement Fund("Fund") by and through its undersigned attorneys, will move thid Court for a protective order and or an order quashing the Amended First Set of interrogatories...

The Court misinterpreted the motion as an ex parte motion because the date of the notice of hearing was the same as the date the motion was filed October 19,2021. The court did not learn of the motion until October 21,2021 which was after the date for the hearing which was assumed to be October 19, 2021. As a result the court issued the decision and order on

October 28 2021. Upon reviewing the documents more carefully it appears that CVR 7.1 Form 1 the motion may not have been intended as an ex parte motion. Therefore the Petitioners were not given an opportunity to respond. In the recent case of *Guam Police Department Major Fred M. Chargualaf v. Government of Guam Retirement Fund* 2021 Guam 17 ¶ 31 the Supreme Court of Guam Guam Rule of Civil Procedure 26(a)(1)(E)(xx) provides that proceedings for writs are exempt from initial discovery requirements "unless otherwise ordered by the court" Rule 26 provides that the scope of discovery includes "any matter , not privileged , that is relevant to the claim or defense of any party " but can be limited by the court if the burden or expense of the proposed discovery outweighs its likely benefit".

Keeping in mind the requirements of Rule 26, and the Supreme Court decision cited above, the Petitioners may file a response to the motion to quash showing the need for discovery in this case by the close of business Tuesday January 26 2022 and the Retirement fund may file a response by January 31, 2022. The issue of discovery will be addressed at the hearing of February 4, 2021

It is so Ordered January 18, 2022

**MARIA G. FITZPATRICK**
**Judge Pro Tempore**
**Superior Court of Guam**